# UNITED STATES DISTRICT COURT
## Eastern District of Virginia
## Alexandria Division

2023 JAN -9 P 3: 50

| UNITED STATES OF AMERICA | ) | JUDGMENT IN A CRIMINAL CASE |
| --- | --- | --- |
|  | ) |  |
| v. | ) | Case Number: 1:22CR00110-001 |
|  | ) |  |
| LEON IAN PARRISH, | ) |  |
| a/k/a "Rocky" | ) | Todd M. Richman, Esquire |
|  | ) | Defendant's Attorney |
|  | ) |  |
|  | ) |  |

The defendant pleaded guilty to Count 1 of the Criminal Information.

The defendant is adjudged guilty of these offenses:

| Title and Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 18 U.S.C. § 1344(2) | Bank Fraud | 2019 | 1 |

   The defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

   It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 18, 2022
Date of Imposition of Judgment

_Claude M. Hilton_
Signature of Judge

Claude M. Hilton, United States District Judge
Name and Title of Judge

Nov. 18, 2022
Date

2023 JAN -9 PM 3: 14  RECEIVED UNITED STATES MARSHAL

Case Number: 1:22CR00110-001
Defendant's Name: PARRISH, LEON IAN

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of TWENTY-FOUR (24) MONTHS.

The Court makes the following recommendations to the Bureau of Prisons:
  1. The Court recommends that the defendant be designated to the facility in Butner, North Carolina.

The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☒ after January 1, 2023, as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows: _____

Defendant delivered on 1/3/23 to USP Lewisburg
at Lewisburg PA, with a certified copy of this Judgment.

E. Rickard, Acting Warden
~~UNITED STATES MARSHAL~~

By _____
~~DEPUTY UNITED STATES MARSHAL~~